No. 99–1421. COUNTY OF LOS ANGELES ET AL. v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. D. C. Cir. Certiorari denied.

No. 99–1422. FLEMING v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–1481. VAKHARIA v. SWEDISH COVENANT HOSPITAL ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–1497. BELSHE, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES v. CHILDREN'S HOSPITAL AND HEALTH CENTER. C. A. 9th Cir. Certiorari denied.

No. 99–1507. DUNN ET AL. v. AIR LINE PILOTS ASSN. ET AL.; and
No. 99–1530. NORMAN v. AIR LINE PILOTS ASSN. ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–1557. COBORN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 99–1562. BREWER v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 99–1568. BRITTON v. MALONEY. C. A. 1st Cir. Certiorari denied.

No. 99–1570. BAYER CORP. v. HOOVER COLOR CORP. C. A. 4th Cir. Certiorari denied.

No. 99–1572. VIEHWEG v. MELLO. C. A. 8th Cir. Certiorari denied.

No. 99–1574. LOCAL 1199J v. OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF UNITED HEALTH CARE SYSTEM, INC. C. A. 3d Cir. Certiorari denied.

No. 99–1575. JOHNSON COUNTY BOARD OF COUNTY COMMISSIONERS v. SOUTHWESTERN BELL WIRELESS, INC., FKA SOUTHWESTERN BELL MOBILE SYSTEMS, INC., ET AL. C. A. 10th Cir. Certiorari denied.